Wallace System, Inc., appellee, v. David Riordan, appellant. Gen. No. 33,392.

Opinion filed January 2, 1930. Rehearing denied January 15, 1930.

Clark & Clark, for appellant; Russell S. Clark, of counsel. Charles Daniels, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

Meyer L. Gordon, trading as Meyer L. Gordon & Company, defendant in error, v. Frances R. Sullivan, plaintiff in error. Gen. No. 33,415.

Opinion filed January 2, 1930.

Alexander W. Jamieson, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Ryner delivered the opinion of the court.

S. I. Tarlow, appellant, v. Yo-Ho Pure Food Products Company, appellee. Gen. No. 33,440.

Opinion filed January 2, 1930.

Lewis F. Jacobson, Roy C. Merrick and Sidney C. Nierman, for appellant. Michael B. Morris and Harry A. Riley, for appellee; E. C. Mapledoram, of counsel.

Mr. Justice Ryner delivered the opinion of the court.